Liza M. Walsh
Tricia B. O'Reilly
Joseph L. Linares
CONNELL FOLEY LLP
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Defendant Watson Laboratories, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>WATSON LABORATORIES, INC.<br><br>Defendant. | Civil Action No. 3:15-cv-05723-PGS-LHG |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel, Michael K. Nutter, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Michael K. Nutter to appear *pro hac vice* in the within matter was entered on September 2, 2015; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 2, 2015            *s/Liza M. Walsh*
                                    Liza M. Walsh
                                    CONNELL FOLEY LLP
                                    One Newark Center
                                    1085 Raymond Boulevard, 19th Floor
                                    Newark, NJ 07102

3490137-1

**PRO HAC VICE ATTORNEY INFORMATION**
Michael K. Nutter
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700
Email: mnutter@winston.com

3490137-1