

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 16, 2018

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Peter J. Sheridan
United States District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *United Therapeutics Corp. v. Watson Laboratories, Inc.*
      Civil Action No. 3:15-cv-05723-PGS-LHG

Dear Judge Sheridan:

This firm, together with Winston & Strawn LLP, represents Defendant Watson Laboratories, Inc. in the above-referenced matter. We write to provide the Court with an update on the status of certain related proceedings.

By way of background, this matter is a Hatch-Waxman patent case involving five patents: U.S. Patent Nos. 6,521,212 ("the '212 patent"), 6,756,033 ("the '033 patent"), 8,497,393 ("the '393 patent"), 9,339,507 ("the '507 patent"), and 9,358,240 ("the '240 patent"). The case is currently stayed by Order of the Court (D.I. 134).

One of the patents-in-suit, the '393 patent, was determined to be invalid by the United States Patent and Trial Board ("PTAB") in an *inter partes* review ("IPR") proceeding by a Final Written Decision issued on March 31, 2017, which was recently affirmed by the Federal Circuit on November 14, 2017. UTC has until February 12, 2018 to file a petition for certiorari.

Two additional patents-in-suit, the '507 and '240 patents, are currently the subject of IPRs in the PTAB, which were instituted on January 11, 2018. Absent an intervening change in the schedule, the PTAB is expected to issue a final written decision on the merits by January 11, 2019.

The final two patents-in-suit, the '212 and '033 patents, are set to expire on November 13, 2018.

Consistent with the terms of the current stay order, the parties believe that the current litigation should remain stayed pending the PTAB's written decision on the merits. The parties will promptly update Your Honor should there be any other developments affecting the stayed litigation.

As always, the parties thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions or require anything further.

                                                Respectfully submitted,

                                                *s/ Liza M. Walsh*

                                                Liza M. Walsh

cc:     All Counsel of Record (via ECF and email)

Case 3:15-cv-05723-PGS-LHG   Document 137   Filed 01/16/18   Page 2 of 2 PageID: 2430