```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       Minutes of Proceedings

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN              Date: January 3, 2018

Court Reporter:  Frank Gable

TITLE OF CASE:                       CIVIL 15-5723 (PGS)
United Therapeutics Corporation

      vs.
Watson Laboratories, Inc.

APPEARANCES:
See record for list of parties

NATURE OF PROCEEDINGS:

Telephone conference held.



TIME COMMENCED: 4:00 P.M.            Dolores J. Hicks
TIME ADJOURNED: 4:20 P.M.            /Deputy Clerk
TOTAL TIME:     0:20
```